IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

UNITED STATES OF AMERICA

v.  CRIMINAL NO. 3:09cr3 TSL-LRA

PHILIP JAMES PRIOR, III

## ORDER OF DISMISSAL

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, and by leave of Court endorsed herein, the United States Attorney for the Southern District of Mississippi hereby dismisses the Criminal Indictment against PHILIP JAMES PRIOR, III without prejudice.

        STAN HARRIS
        United States Attorney

By: *s/Darren J. LaMarca*

        DARREN J. LAMARCA
        Assistant U.S. Attorney
        MS Bar No. 1782

Leave of Court is granted for the filing of the foregoing dismissal.

ORDERED this 10th day of September, 2009.

        /s/Tom S. Lee
        UNITED STATES DISTRICT JUDGE